UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:15-cv-24547-UU

LUIS A. ORTIZ,
KELVIN X. VARGAS,
and other similarly-situated individuals,

    Plaintiffs,

v.

VALLEYCREST LANDSCAPE
MAINTENANCE, INC.

    Defendant.
_____/

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that the parties have agreed to settle this matter. Pursuant to *Lynn's Food Stores, Inc. v. United States*, 679 F. 2d 1350 (11th Cir. 1982), claims for wages arising under the FLSA may be settled or compromised only with the approval of the Court or the Secretary of Labor. To this end, the parties are in the process of preparing all the necessary settlement documentation. The parties are currently working on finalizing the relevant settlement documents and will be filing with the Court a Joint Motion for Approval along with the fully executed settlement agreement within the next week.

Dated: March 24, 2016

Respectfully submitted,

                                            **ZANDRO E. PALMA, P.A.**
                                            **Attorney for Plaintiff**
                                            9100 S. Dadeland Blvd, Suite 1500,

        Miami, Florida, 33156
        Telephone:  (305) 446-1500
        Facsimile:   (305) 446-1502
        zep@thepalmalawgroup.com
        BY:  **s/Zandro E. Palma**
        Zandro E. Palma Esq.
        Florida Bar No.: 0024031

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 24, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

        BY:  **s/Zandro E. Palma**
        Zandro E. Palma Esq.
        Florida Bar No.: 0024031
        **ZANDRO E. PALMA, P.A.**
        9100 S. Dadeland Blvd, Suite 1500,
        Miami, Florida, 33156
        Telephone:  (305) 446-1500
        Facsimile:   (305) 446-1502
        zep@thepalmalawgroup.com
        *Attorney for Plaintiff*

<u>SERVICE LIST</u>
<u>CASE NO. 1:15-cv-24547-UU</u>

Mark E. Zelek
Florida Bar No. 667773
Email: mzelek@morganlewis.com
Voula E.A. Liroff
Florida Bar No. 72447
Email: vliroff@morganlewis.com
**Morgan, Lewis & Bockius LLP**
200 South Biscayne Boulevard
Suite 5300
Miami, FL 33131-2339
Telephone: 305.415.3303
Facsimile: 877.432.9652
*Counsel for Defendant*

Zandro E. Palma Esq.
**The Law Offices Of
Zandro E. Palma P.A**,
9100 S. Dadeland Blvd, Suite 1500,
Miami, Florida, 33156
Telephone: 305.446.1500
Facsimile: 305.446.1502
Email: zep@thepalmalawgroup.com
*Counsel for Plaintiff*