UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:15-cv-24547-UU

LUIS A. ORTIZ, *et al.*,

    Plaintiffs,

v.

VALLEYCREST LANDSCAPE MAINTENANCE, INC.,

    Defendant.

_____

## ADMINISTRATIVE ORDER

THIS CAUSE is before the Court *sua sponte*.

THE COURT has reviewed the record and is otherwise fully advised in the premises. On March 24, 2016, Plaintiff filed a Notice of Settlement, D.E. 20, notifying the Court that the parties have reached a full settlement in this case. Accordingly, it is hereby

ORDERED AND ADJUDGED that, for Administrative Purposes, this case is CLOSED. It is further

ORDERED AND ADJUDGED that all pending motions are DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this 25th day of March, 2016.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided: counsel of record