## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:15-cv-24547-UU

LUIS A. ORTIZ, *et al.*,

Plaintiffs,

v.

VALLEYCREST LANDSCAPE
MAINTENANCE, INC.

Defendant.

_____/

## ORDER GRANTING JOINT MOTION TO
## APPROVE THE PARTIES' SETTLEMENT AGREEMENT

THIS CAUSE is before the Court upon the parties' Joint Motion for Entry of Order
Approving Settlement and Dismissing the Case with Prejudice, D.E. 23, filed April 21, 2016.

THE COURT has considered the Motion, the pertinent portions of the record and is
otherwise fully advised in the premises.  This is a collective FLSA action arising out of
Plaintiffs' employment with Defendant Valleycrest Landscape Maintenance, Inc.  D.E. 1.
Plaintiffs filed its Complaint on December 10, 2015, alleging that Defendant failed to pay
Plaintiffs minimum wage and overtime compensation, in violation of the Fair Labor Standards
Act, 29 U.S.C. § 201, *et seq.* ("FLSA").  *Id.*  The parties have now reached a settlement and seek
approval of their Settlement Agreement, attached as an exhibit to the Motion.  D.E. 23-1.

The Court has reviewed the Settlement Agreement and finds it to be a fair and reasonable
resolution of the parties' dispute.  *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350,
1354 (11th Cir. 1982).  The Court, however, passes no judgment on the enforceability of the
agreement's confidentiality provision.  D.E. 23-1 ¶ 6.  Accordingly, it is

ORDERED AND ADJUDGED that the Motion, D.E. 23, is GRANTED; the Settlement

Agreement, D.E. 23-1, is APPROVED and the case is DISMISSED WITH PREJUDICE.  The

Court retains jurisdiction to enforce the terms of the parties' Settlement Agreement.

DONE AND ORDERED in Chambers at Miami, Florida this _21st____ day of April,
2016.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided: counsel of record